

FILED
6/14/2019
BG
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

aEE

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

RECEIVED
MAY 3 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Nathan Matthews

(Enter above the full name of the plaintiff or plaintiffs in this action)

1:19-cv-03010
Judge Manish S. Shah
Magistrate Judge Sunil R. Harjani
PC4

vs.

Case No: ______________________
(To be supplied by the Clerk of this Court)

COOK County sheriff carnes
COOK County Paramedic McNUT

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**CHECK ONE ONLY:**

X **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

____ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: 1:15-cv-9408

B. Approximate date of filing lawsuit: 10/22/2015

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Nathan Matthews

D. List all defendants: Cook County unknown officer

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): United States Court Northen District of Illinas

F. Name of judge to whom case was assigned: Judge Brown

G. Basic claim made: Prison condition

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): case dismissed no strike

I. Approximate date of disposition: 4/1/2016

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3 Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Name of case and docket number

A.

1:16-cv-2030

Approximate date of filing lawsuit

B. 02/05/2016

List Plaintiffs

C. Nathan Matthews

List Defendants

D. unknown cook county officer

E. court in which lawsuit was filed

US court Northen District of Illinois ~~eastern Division~~

~~Judge~~

F ~~[illegible]~~ name of Judge assigned to case

Judge Brown

G Basic claim made: prison condition

Disposition of case

H case dismissed no strike

I 11/30/2015

A.

Name of case and docket number
1:16 - cv-0295

B. Approximat date of filing lawsuit
~~[illegible]~~ ~~[illegible]~~ 11/08/2016

List all Plaintiffs

C. ~~cook county officer~~ NAthan Matthews

D. list defendants

unknown cook county officer

E court in which the lawsuit was filed
Northen District of Illinois eastern Divison
~~Judge Shah~~

F Judge Brown

G prison condition

H case dismissed no strike

Approximate dispostion

I ~~[illegible]~~ 3/1/16

STATEMENT OF CLAIM

FACTUAL Allegations

Claim
Count #1 Deliberate Indifference against Defendant Officer carnes)... on 12/13/18 Prior to being attacked By Detainee (Ricky windfield) I alerted (officer carnes) that I had a enemy By the name of (Ricky windfield) I Brought it to (officer carnes) attention that he needed to lock up (Ricky windfield) Because (Ricky windfield) was housed on the Bottom Deck and his Day room time had ended and was not sopposed to Be out with Detainees from the top Deck of 2A Divison 9 supermax unit. I told (officer carnes) that this Detainee (Ricky windfield) would try to Kill me due to past animosity with one another However even though Knowledge of this of this event Before it occurred yet (officer carnes) still left Detainee (windfield) out in the dayroom of 2A Divison 9 supermax unauthorized and (unsecured) leaving me to Be attacked inside the restroom fending for my life with no officer around to stop the attack

Claim
Count #2 (Failure To protect (officer carnes) was already aware of the liklihood of an assault or me possibly losing my life in the supermax Divison 9 2A Not only did (officer carnes) leave (Detainee (windfield) out who was unauthorized in the Day room unsecure with me even went as far as disregarding my safety ~~[scribbled out]~~ and security measures By abandoning his post and unit 2A Divison 9 supermax in totality with no officer to relieve him of his post to provide safety from this attack. Also there isnt any emergancy Bottoms located nowhere on the unit 2A Divison 9 Im requesting this honorable court to see the video footage of the officer abandoning his post as well as the unit 2A Divison 9 you will see that I even looked for the officer prior to the attack I am confindent that this court will see I suffered

STATEMENT OF CLAIM

FACTUAL Allegations

Because of officer carnes Failure to Protect me claim count #3 Against Defendant officer carnes 14th amendment violation which Im entitled as a pretrial Detainee requires that prior to guilt that I suffer no forms of punishment clearly I (suffered) as resualt of (officer carnes) actions I was attack and I (suffered) injuries which was a Broken Jaw which I had surgery to get my mouth wired shut closed forcing me to have to eat through a straw claim count #4 Against Paramedic who triage me 12/13/18 (Defendant Paramedic Mcnut) Delibrate Indifference, After being attack By (Detainee windfield) I was taken to Divison 9 despendsary to Be checked for any injuries By (Paramedic Mcnut) whom disregarded my serious medical need By stating my Jaw wasnt Broken Because I wouldnt Be able to talk But I was desperately alerting (Paramedic Mcnut) that I was in extreme pain He stated I wouldnt have to worry about any pain if I wouldnt Been fighting. I was in tears and I could barely open my mouth to talk due to the extreme amounts of pain. Instead of sending me to a more qualified medical provider which the cook county Jail has here 24 hours (Paramedic Mcnut) cleared me from medical releasing me to officers telling them I was fine to go. I was placed in segragation unit of Divison 9 1G 1082 cell I was in so much pain I told officers working and was told stop fighting and to fill out an inmate health form. Paramedic Mcnut Didnt even give a script for pain. leaving me to suffer in pain. Due to this (paramedic Mcnut) not providing adequate medical care By sending me to a more qualified Provider I would suffer in pain 24 hours Before I were

# STATEMENT OF CLAIM
# FACTUAL ALLEGATIONS

would reach a more Qualified medical provider who order a catscan on my Jaw revieling and obvious Broken Jaw for 24 hours I was unable to sleep Because of the unimaginable amounts of pain I was also unable to eat or chew any of my food trays due to my injuries leaving me to straving for 24 hours all due to the Delibrate indifference to and Detainee serious medical need. Claim #5 Against Defendant Paramedic Mcnut 14th amendment violation which Im entitled as a pretrial Detainee requires that prior to guilt that I suffer no form of Punishment cleary I suffered as result of the (Paramedic Mcnut) Delbrate indifference to a Detainee serious medical need By Delibrately not sending me to more qualified personal which ended with me going through unnesserary pain and starving 24 hours Because I couldnt eat or chew my food. Claim #6 Against (Paramedic Mcnut) (Negligence) After Being attacked I was taken to Be check for any injuries By (Paramedic Mcnut) I clearly and desperat ly alerted Paramedic Mcnut) that I was in so much pain that could Barely opem my mouth to talk (Paramedic Mcnut) stated I wouldnt Be in pain if I wouldnt fight stating I wouldnt Be able to talk if my Jaw was Broken Paramedic Mcnut saw I was in tears and refuse to send me to a more qualified medical personal who could give me and xray to make sure my Jaw was not in fact Broken Instead I was cleared to leave medical leaving me to suffer unneeded pain with no script for pain med's Due to Paramedic Mcnut Deliberate indifference to Detainee Nathan Matthews serious medical need a Negligence By not providing adequate medical care I would end up suffering in unimagineable amounts of

STATEMENT OF CLAIM

FACTUAL Allgations

pain for 24hours I was unable to sleep eat any of my food trays Because of my serious medical injury leaving me to strave. It would Be a full 24 hour after injury Before I would reach a more Qualified Personal who ordered a catscan that would soon show an obvious Broken Jaw. If I didnt fill out and inmate request slip to Be seen again I couldve suffer longer than I did. It is very clear Due to Paramedic Mcnut Negligence I suffered unnessary Pain and suffering. I am asking this court to subpenia all of my medical records starting from 12/13/18 through 4/1/19 It will show that I didnt get treated for my injuries until a full 24 hours after injury which would prove I suffered greatly Because of Paramedic McNut Negligence and Deliberate indifference to Detainees serious medical need. These recordes would show on the day of injury Paramedic McNut cleared me from medical with no script for Pain medication I am asking this court to subpenia the housing log of 2A Divison 9 on the Date of attack which was 12/13/18 It would show the (Detainee Ricky windfield) was housed on the Bottom deck and was unarthorized to Be in the dayroom when I was attacked

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I request this honorable court to grant all compenstary damages in the amount of 375,000 Punitive Damages in the amount of 275,000$ any and all court fee to Be paid in full and any other damages this honorable court deems necessary and any other relief this court finds needed

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 4 day of 18, 2019

(Signature of plaintiff or plaintiffs)

Nathan Matthews
(Print name)

20180215126
(I.D. Number)

P.O Box 089002 Chicago IL 60608
(Address)

5

Revised 9/2007

EX 2 B#1

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

CONTROL #: 2018 15487
INMATE ID #: 630362

- [x] Emergency Grievance
- [ ] Grievance
- [ ] Non-Compliant Grievance

CODE: 080

- [ ] Cermak Health Services
- [ ] Superintendent:
- [x] Other: O.P.R - I.S

| PRINT - INMATE LAST NAME (Apellido del Preso): | PRINT - FIRST NAME (Primer Nombre): | INMATE BOOKING NUMBER (# de identificación del Preso): |
|---|---|---|
| Matthews | Nathan | 2018021512 6 |
| **DIVISION (División):** | **LIVING UNIT (Unidad):** | **DATE (Fecha):** |
| Cermak | 3N | 12/15/18 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**

The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

**El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.**

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarios a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT (Fecha del Incidente) | REQUIRED - TIME OF INCIDENT (Horad del Incidente) | REQUIRED - SPECIFIC LOCATION OF INCIDENT (Lugar Específico del Incidente) | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED (Nombre y/o Identificación del Acusado) |
|---|---|---|---|
| 12/13/18 | 12PM | Divison 9 2A | Officer carnes and inmate Ricky |

On 2A Divison 9 I was attacked inside the rest room By and inmate officer working unit was not watching the unit when I was attacked By inmate officer failed to Protect me in resualt to that I ended up sobstaining injuries my jaw ended up Being Broken

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** *(Nombre del personal o presos que tengan información:)* [signature]

**INMATE SIGNATURE:** *(Firma del Preso):* [signature]

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| Richardson | [signature] | 12/19/18 |
| **SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** | **SIGNATURE:** | **DATE REVIEWED:** |
| Sgt Lanciano | [signature] | 12/26/18 |

(FCN-73)(NOV 17) (WHITE COPY – INMATE SERVICES) (YELLOW COPY – CRW/PLATOON COUNSELOR) (PINK COPY – INMATE)

Inmate Grievance Number: **2018x15487**

Your allegation(s) have been forwarded to the Offices of Professional Review and Divisional Superintendent for review and/or investigation.

You may follow-up with the Office of Professional Review by contacting their office directly, by utilizing the address below *or* submitting an inmate request form, to speak with the Divisional Superintendent.

Office of Professional Review
3026 S. California Ave
Building 2 / 4th floor
Chicago, Illinois 60608

---

Numero de Queja:

Su alegación(es) han sido enviadas a la Oficina del Departamento de Revisión de Profesionalismo (OPR) y al Superintendente de la División para una revisión y/o investigación.

Usted podrá darle seguimiento a su alegación(es), contactando al Departamento de Revisión de Profesionalismo (OPR) de manera directa, utilizando la dirección que está en la parte de abajo o sometiendo una Forma de Solicitud del Preso para poder hablar con el Superviniente de la División.

Office of Professional Review
3026 S California Ave
Building 2 / 4th floor
Chicago, Illinois 60608

**INMATE SERV. COPY**

Exhibit #2

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina Del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
*(Formulario de Queja del Preso/ Apelación)*

| CONTROL NUMBER | INMATE # |
|---|---|
| 2018154871 | 630362 |

**INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY**

| INMATE LAST NAME *(Apellido del Preso)*: | INMATE FIRST NAME *(Primer Nombre)*: | ID Number *(# de Identificación)*: |
|---|---|---|
| Matthews | Nathan | 20180215126 |

GRIEVANCE ISSUE AS DETERMINED BY CRW: 080 - Failure to Protect

IMMEDIATE CRW RESPONSE (if applicable):

CRW/ REFERRED THIS GRIEVANCE TO ( *Example:* Superintendent, Cermak Health Services ): O.P.S. - I.S.

DATE REFERRED: 12/20/18

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

See attached

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| Patterson De | [signature] | IS | 12/20/18 |

**THIS SECTION IS TO BE COMPLETED BY INMATE!**

INMATE

| INMATE SIGNATURE *(Firma del Preso)*: | DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)* |
|---|---|
| [signature] | 12/20/18 |

INMATE

**INMATE'S REQUEST FOR AN APPEAL** *( Solicitud de Apelación del Preso)*

**THIS SECTION IS TO BE COMPLETED BY INMATE!**

TO BE COMPLETED BY INMATE

- **To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.**
  ***(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)***
- **Independent of the CCDOC procedure and after receiving an appeal decision, if you are dissatisfied with the outcome, you must submit the appeal grievance to the Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.**
  ***(De manera independiente del procedimiento del CCDOC, y tras recibir la resolución de una apelación, si no está satisfecho con el desenlace, debe enviar la queja de la apelación a Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.)***

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud de la apelación del preso:)* 1/2/18

INMATE'S BASIS FOR AN APPEAL: *(Base del preso para una apelación:)*

I would like to exercise my right to appeal my grievance, I want to express some things that I failed to mention I was under heavy narcartics when I wrote and submmitted this grevence

JAN 03 2019 S. Davis

INMATE COPY

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** Yes *(Si)* ☐ No ☒
*(Apelación del preso aceptada por el administrador o/su designado(a)?)*

INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decision o recomendación por parte del administrador o/su designado(a):)*

Original Response to Stand.

| INMATE SERVICES DIRECTOR/DESIGNEE *(Administrador o/su Designado(a))*: | SIGNATURE *(Firma del Administrador o/su Designado(a):)*: | DATE *(Fecha)*: |
|---|---|---|
| J Mirella | [signature] | 1/4/19 |

**THIS SECTION IS TO BE COMPLETED BY INMATE!**

INMATE

| INMATE SIGNATURE *(Firma del Preso)*: | DATE APPEAL RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)* |
|---|---|
| [signature] | 1/8/19 |

INMATE



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

EXZIBIT #3

| CONTROL # | INMATE ID # |
|---|---|
| | |

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! *(! Para ser llenado solo por el personal de Inmate Services !)*

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance
- ☐ Cermak Health Services
- ☐ Superintendent: ____________
- ☐ Other: ____________

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de identificación del Preso)*: |
|---|---|---|
| Matthews | | |
| **DIVISION** *(División)*: | **LIVING UNIT** *(Unidad)*: | **DATE** *(Fecha)*: |
| | 2T | |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**

The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

**El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.**

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarías a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

Rest of journal

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - Officer NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 12/12/18 | AM | Division 2T | Cornes |

Officer Cornes was conducting dayroom hours for the top deck not upon letting the top deck out for dayroom hours officer cornes came several inmates who were not housed on the top deck but on the bottom deck out in the dayroom who were enabled to be not Injected officer cornes that I had enemy By the name of ricky widfeld and that he reeled type look to secure the inmate which is ME

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE: *(Firma del Preso)*: |
|---|---|
| | [signature] |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| | | |
| **SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** | **SIGNATURE:** | **DATE REVIEWED:** |
| | | |



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

Ex 21b1# 3

| CONTROL # | INMATE ID # |
|---|---|
| | |

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! *(! Para ser llenado solo por el personal de Inmate Services !)*

☐ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance
☐ Cermak Health Services
☐ Superintendent: ____________
☐ Other: ____________

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de identificación del Preso)*: |
|---|---|---|
| Matthews | Norman | |
| **DIVISION** *(División)*: | **LIVING UNIT** *(Unidad)*: | **DATE** *(Fecha)*: |
| | 2A | |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**

The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

**El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.**

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarías a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 12/3/1 | 11:07AM | Division 2A | officer Carnes |

Ricky Warfield I told officer Carne I feared for my safety with the inmate out in never even after officer Carnes own knowledge of this information he still left inmate Ricky warfield in the dayroom unattended and left his post leaving me to be attacked and having to fear for my self and life officer Carnes failed to protect me in awareness of the likelihood of an assault on me for my safety and my life

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE: *(Firma del Preso)*: |
|---|---|
| | |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| | | |
| **SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** | **SIGNATURE:** | **DATE REVIEWED:** |
| | | |



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| 2018 1 [illegible] | [illegible] |

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! *(! Para ser llenado solo por el personal de Inmate Services !)*

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance
- ☐ Cermak Health Services
- ☐ Superintendent: ____________
- ☐ Other: ____________

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de identificación del Preso)* |
|---|---|---|
| Matthews | Nathan | 2018021[illegible]126 |
| **DIVISION** *(División)*: | **LIVING UNIT** *(Unidad)*: | **DATE** *(Fecha)*: |
| 6 | 2A | 1/2/19 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**

The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

**El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.**

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarías a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante Rest of appeal
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 12/3/17 | 11Am | Division 9 2A | officer carnes |

I not only did officer carnes leave the detainee out unauthorized in the dayroom [illegible] [illegible] [illegible] and [illegible] endangering my security and safety By abandoning our tier with no officer on post to provide [illegible] security from all forms of danger no officer to call. I would like to press charges on this officer I've suffered a Broken jaw and endured [illegible] amounts of pain and suffering [illegible]

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE: *(Firma del Preso)*: |
|---|---|
| | |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| [illegible] | [illegible] | [illegible] |
| **SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** | **SIGNATURE:** | **DATE REVIEWED:** |
| | | |

(FCN-73)(**NOV 17**) (**WHITE COPY** – INMATE SERVICES) (**YELLOW COPY** – CRW/PLATOON COUNSELOR) (**PINK COPY** – INMATE)



Page 1 of 3 Exzibit #4

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

CONTROL #: 201815486 INMATE ID #: 630362

- ☐ Emergency Grievance
- ☒ Grievance CODE: 220
- ☐ Non-Compliant Grievance
- ☒ Cermak Health Services
- ☐ Superintendent: ______
- ☐ Other: ______

| PRINT - INMATE LAST NAME (Apellido del Preso): | PRINT - FIRST NAME (Primer Nombre): | INMATE BOOKING NUMBER (# de identificación del Preso) |
|---|---|---|
| Matthews | Nathen | 20180215126 |
| **DIVISION (División):** | **LIVING UNIT (Unidad):** | **DATE (Fecha):** |
| Cermack 8 | 3N | 12/14/18 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**

The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

**El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.**

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarios a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT (Fecha del Incidente) | REQUIRED - TIME OF INCIDENT (Horad del Incidente) | REQUIRED - SPECIFIC LOCATION OF INCIDENT (Lugar Específico del Incidente) | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED. (Nombre y/o Identificación del Acusado) |
|---|---|---|---|
| 12/9/18 | 12PM | Division 9 Despensary | med tech mcnutt and officers working 1G 1st and 2nd Shift |

I was Placed in seg 1G for a fight ticket after Fight I asked for medical attention I was sent to Division 9 despensary where I told med tech mcnutt that I could not open and close my mouth that I could Bite down or chew my food and that I was in alot of Pain I explained I had Been in a fight I wasn't given anything for my injuries I was sent to seg unit 1G 1082 lunch and dinner came and told staff working unit about my injuries and I that I was not able to Bite or chew my food I was ignored

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)*

INMATE SIGNATURE: *(Firma del Preso)*: [signature]

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| Richardson | [signature] | 12/19/18 |
| **SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** | **SIGNATURE:** | **DATE REVIEWED:** |
| | | |

(FCN-40)(AUG 15) (WHITE COPY – INMATE SERVICES) (YELLOW COPY – CRW/PLATOON COUNSELOR) (PINK COPY – INMATE)



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina Del Alguacil del Condado de Cook)*
**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
*(Formulario de Queja del Preso/ Apelación)*

| CONTROL NUMBER | INMATE # |
|---|---|
| 2018I5486 | 630362 |

**INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY**

| INMATE LAST NAME *(Apellido del Preso)*: | INMATE FIRST NAME *(Primer Nombre)*: | ID Number *(# de Identificación)*: |
|---|---|---|
| Matthews | Nathan | 2018021512G |

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** 220- Misconduct (nonphysical) by CHS Staff

**IMMEDIATE CRW RESPONSE (If applicable):** Command Staff made aware of inmate issues and concerns.

| CRW/ REFERRED THIS GRIEVANCE TO ( *Example:* Superintendent, Cermak Health Services ): | DATE REFERRED: |
|---|---|
| Cermak | 12/20/18 |

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

Assessed by PCC seen by ENT & received & agreed to plan of care. Surgery completed. Long term full liquid diet. Cannot substantiate allegation

DEC 2? AM

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| Susan Shebel | Susan Shebel RN | | 12/28/18 |

| INMATE SIGNATURE *(Firma del Preso)*: | DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)* |
|---|---|
| [signature] | 1/4/19 |

**INMATE'S REQUEST FOR AN APPEAL** *( Solicitud de Apelación del Preso)*

THIS SECTION IS TO BE COMPLETED BY INMATE

- **To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.**
  ***(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)***
- **Independent of the CCDOC procedure and after receiving an appeal decision, if you are dissatisfied with the outcome, you must submit the appeal grievance to the Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.**
  ***(De manera independiente del procedimiento del CCDOC, y tras recibir la resolución de una apelación, si no está satisfecho con el desenlace, debe enviar la queja de la apelación a Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.)***

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud de la apelación del preso:)* ____/____/____

**INMATE'S BASIS FOR AN APPEAL:** *(Base del preso para una apelación:)*

TO BE COMPLETED BY INMATE

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** Yes *(Si)* ☐ No ☐
*(Apelación del preso aceptada por el administrador o/su designado(a)?)*

**INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** *(Decision o recomendación por parte del administrador o/su designado(a):)*

| INMATE SERVICES DIRECTOR/DESIGNEE *(Administrador o/su Designado(a))*: | SIGNATURE *(Firma del Administrador o/su Designado(a):)*: | DATE *(Fecha)*: |
|---|---|---|
| | | ____/____/____ |

THIS SECTION IS TO BE COMPLETED BY INMATE

| INMATE SIGNATURE *(Firma del Preso)*: | DATE APPEAL RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)* |
|---|---|
| | ____/____/____ |

Page 2 of 3

EXZIbIt #5

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| 2018154 86 | 630362 |

THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY (Para ser llenado solo por el personal de Inmate Services)

- ☐ Emergency Grievance
- ☒ Grievance — CODE: 220
- ☐ Non-Compliant Grievance
- ☒ Cermak Health Services
- ☐ Superintendent: ____
- ☐ Other: ____

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de Identificación del Preso)* |
|---|---|---|
| Matthews | Nathan | 20180215126 |
| **DIVISION** *(División)*: | **LIVING UNIT** *(Unidad)*: | **DATE** *(Fecha)*: |
| cermack 8 | 3N | 12/14/18 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**

The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

**El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.**

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarios a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Hora del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 12/13/18 | 12PM | Divison 9 Despensary | med tech Nevitt officer working tier |

I was unable to eat lunch or Dinner which lead to me starving I also went through extreme amounts of Pain that night I filled out and inmate request slip card and was seen 24hr after injury and was sent to cermack to see a doctor I was ordered a cat scan and results came back possitive for an Broken Jaw I was given Pain Meds and moved to a medical unit If the med tech I saw the day of injury order me at catscan It would have prevented me from going

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE: *(Firma del Preso)*: |
|---|---|
| | [signature] |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECEIVED: |
|---|---|---|
| Richards | [signature] | 12/19/18 |
| **SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** | **SIGNATURE:** | **DATE REVIEWED:** |
| | | |

(FCN-73)(NOV 17) (WHITE COPY – INMATE SERVICES) (YELLOW COPY – CRW/PLATOON COUNSELOR) (PINK COPY – INMATE)

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

CONTROL #: 201815486 | INMATE ID #: 630362

THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY (Para ser llenado solo por el personal de Inmate Services)

- ☐ Emergency Grievance
- ☒ Grievance CODE: 220
- ☐ Non-Compliant Grievance
- ☒ Cermak Health Services
- ☐ Superintendent:
- ☐ Other:

| PRINT - INMATE LAST NAME (Apellido del Preso): | PRINT - FIRST NAME (Primer Nombre): | INMATE BOOKING NUMBER (# de identificación del Preso) |
|---|---|---|
| Matthews | Nathan | 20180215125 |
| **DIVISION (División):** | **LIVING UNIT (Unidad):** | **DATE (Fecha):** |
| Cermack 8 | 3 N | 12/14/18 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**

The grieved issue is not one of the following non-grievable matters: Inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

**El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.**

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarios a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT (Fecha del Incidente) | REQUIRED - TIME OF INCIDENT (Horad del Incidente) | REQUIRED - SPECIFIC LOCATION OF INCIDENT (Lugar Específico del Incidente) | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED (Nombre y/o Identificación del Acusado) |
|---|---|---|---|
| 12/13/18 | 12pm | Division 9 Dispensary | med tech Mcnutt officers working 2C Div 9 1st and 2nd shift |

24 hr in extreme amounts of pain and I would have been placed on a liquid diet and I would have starved for 24 hr I was denied proper medical treatment By the med tech who treated me after the fight I should've Be given at Cat Scan that same day of injury

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)*

INMATE SIGNATURE: *(Firma del Preso):* [signature]

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): [signature] | SIGNATURE: [signature] | DATE CRW/PLATOON COUNSELOR RECEIVED: 12/19/18 |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |

Page 3 of 3 EXZIBIT #6

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| 2018 15486 | 630362 |

☐ Emergency Grievance
☒ Grievance CODE: 220
☐ Non-Compliant Grievance

☒ Cermak Health Services
☐ Superintendent: ____
☐ Other: ____

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de identificación del preso)*: |
|---|---|---|
| Matthews | Nathan | 20180215125 |
| **DIVISION** *(División)*: | **LIVING UNIT** *(Unidad)*: | **DATE** *(Fecha)*: |
| Cermack 8 | 3 N | 12/14/18 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**

The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

**El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.**

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarios a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente recibe y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Hora del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o identificación del Acusado)* |
|---|---|---|---|
| 12/13/18 | 12pm | Division 9 Dispensary | med tech Mcnutt officer working 2C Div 9 1st and 2nd shift |

24 hr in extreme amounts of pain and I would have been placed on a liquide diet and I would have starved for 24 hr I was denied proper medical treatment by the med tech who treated me after the fight I should've be given at rotseen that same day of injury

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE: *(Firma del Preso)*: |
|---|---|
| | [signature] |

SUPERINTENDENT/DIRECTOR/DESIGNEE ... [illegible]

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECEIVED: |
|---|---|---|
| [signature] | [signature] | 12/19/18 |
| **SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** | **SIGNATURE:** | **DATE REVIEWED:** |
| | | |

Page 2 of 3

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

CONTROL #: 2018 15486 — INMATE ID #: 630362

☐ Emergency Grievance
☒ Grievance CODE 220
☐ Non-Compliant Grievance

☒ Cermak Health Services
☐ Superintendent: ______
☐ Other: ______

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de Identificación del Preso)*: |
|---|---|---|
| Matthew I | Nathan | 20180215126 |
| DIVISION *(División)*: | LIVING UNIT *(Unidad)*: | DATE *(Fecha)*: |
| Cermack 8 | 3N | 12/14/18 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**

The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

**El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.**

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarios a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente recibe y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 12/13/18 | 12pm | Divison 9 Despensary | med tech Nknitt officer working tier |

I was unable to eat lunch or Dinner which lead to me starving I also went through extreame amounts of Pain that night I filled out and inmate request slip card and was seen 24hr after injury and was sent to cermack to see a doctor I was ordered a cat scan and results came back possitive for an broken Jaw I was given pain meds and moved to a medical unit If the med tech I saw the day of injury order me cat scan It would have prevented me from going

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información.)*

INMATE SIGNATURE: *(Firma del Preso)*: [signature]

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECEIVED: |
|---|---|---|
| Richardson | [signature] | 12/19/18 |
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
| | | |

(FCN-73)(NOV 17) (WHITE COPY – INMATE SERVICES) (YELLOW COPY – CRW/PLATOON COUNSELOR) (PINK COPY – INMATE)

Page 1 of 3

Received 1-15-19 9:45 AM

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina Del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
*(Formulario de Queja del Preso/ Apelación)*

Exzibit #7

| CONTROL NUMBER | INMATE # |
|---|---|
| 2018X15786 | [illegible] |

INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

| INMATE LAST NAME (Apellido del Preso): | INMATE FIRST NAME (Primer Nombre): | ID Number (# de Identificación): |
|---|---|---|
| [illegible] | [illegible] | 2018[illegible] |

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** [illegible]

**IMMEDIATE CRW RESPONSE (If applicable):** [illegible]

**CRW/ REFERRED THIS GRIEVANCE TO** ( *Example:* Superintendent, Cermak Health Services ): Cermak

**DATE REFERRED:** 12/20/18

RESPONSE BY PERSONNEL HANDLING REFERRAL

[illegible] ENT [illegible]

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| [illegible] | [illegible] | | 12/2[illegible] |

| INMATE SIGNATURE (Firma del Preso): | DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida) |
|---|---|
| [illegible] | [illegible] |

INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

THIS SECTION IS TO BE COMPLETED BY INMATE!

- **To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.**
  ***(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)***
- **Independent of the CCDOC procedure and after receiving an appeal decision, if you are dissatisfied with the outcome, you must submit the appeal grievance to the Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.**
  ***(De manera independiente del procedimiento del CCDOC, y tras recibir la resolución de una apelación, si no está satisfecho con el desenlace, debe enviar la queja de la apelación a Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.)***

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud de la apelación del preso:)* 1/4/19

**INMATE'S BASIS FOR AN APPEAL:** *(Base del preso para una apelación)*
I was attacked on Division 9 on 12/13/18 I was taken to medical where I expiained that I coudnt open my mouth to eat and was in extreme amouts of pain I told med tech mcnut that my jaw may be broken He stated if it was

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** Yes *(Sí)* ☐ No ☒
*(Apelación del preso aceptada por el administrador o/su designado(a)?)*

**INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** *(Decisión o recomendación por parte del administrador o/su designado(a):)*
Response stands

Inmate Serv. Copy

Inmate Serv. Copy

CRW COPY

| INMATE SERVICES DIRECTOR/DESIGNEE (Administrador o/su Designado(a)): | SIGNATURE (Firma del Administrador o/su Designado(a):): | DATE (Fecha): |
|---|---|---|
| Anna Jimenez | [signature] | 01/24/2019 |

THIS SECTION IS TO BE COMPLETED BY INMATE!

| INMATE SIGNATURE (Firma del Preso): | DATE APPEAL RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida) |
|---|---|
| [signature] | 1/31/19 |

(FCN-40b) ( AUG 16) (WHITE COPY – INMATE SERVICES) (YELLOW COPY – C.R.W.) (PINK COPY – INMATE)



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina Del Alguacil del Condado de Cook)*
**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
*(Formulario de Queja del Preso/ Apelación)*

CONTROL NUMBER: 2018 15486 INMATE #: 630362

INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

INMATE LAST NAME (Apellido del Preso): Matthews
INMATE FIRST NAME (Primer Nombre): Nathan
ID Number (# de Identificación): 2018021512 6

GRIEVANCE ISSUE AS DETERMINED BY CRW: 220- Misconduct (nonphysical) by CHS Staff

IMMEDIATE CRW RESPONSE (If applicable): Command Staff made aware of inmate issues and concerns.

CRW/ REFERRED THIS GRIEVANCE TO (Example: Superintendent, Cermak Health Services): Cermak

DATE REFERRED: 12/20/18

RESPONSE BY PERSONNEL HANDLING REFERRAL

Assessed by PCC seen by ENT & received & agreed to plan of care. Surgery completed. Long term full liquid diet. Cannot substantiate allegation

PERSONNEL RESPONDING TO GRIEVANCE (Print): Susan Shebel
SIGNATURE: Susan Shebel
DIV./DEPT.:
DATE: 12/28/18

INMATE SIGNATURE (Firma del Preso): [signature]
DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida) 1/4/10

INMATE'S REQUEST FOR AN APPEAL

- To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
  *(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*
- Independent of the CCDOC procedure and after receiving an appeal decision, if you are dissatisfied with the outcome, you must submit the appeal grievance to the Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.
  *(De manera independiente del procedimiento del CCDOC, y tras recibir la resolución de una apelación, si no está satisfecho con el desenlace, debe enviar la queja de la apelación a Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.)*

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del preso:)* ____/____/____

INMATE'S BASIS FOR AN APPEAL: *(Base del preso para una apelación:)*

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? Yes *(Sí)* ☐ No ☐
*(Apelación del preso aceptada por el administrador o/su designado(a)?)*

INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decisión o recomendación por parte del administrador o/su designado(a):)*

INMATE SERVICES DIRECTOR/DESIGNEE *(Administrador o/su Designado(a)):*
SIGNATURE *(Firma del Administrador o/su Designado(a):):*
DATE *(Fecha):* ____/____/____

INMATE SIGNATURE *(Firma del Preso):*
DATE APPEAL RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)* ____/____/____

Exhibit #8

# SHERIFF'S OFFICE OF COOK COUNTY
## OFFICE OF PROFESSIONAL REVIEW
## COMPLAINT REGISTER

**Complainant Information**

| NAME (Last, First, M.I.): NATHAN Matthews | AGE: 27 | DATE OF BIRTH: 8-22-91 | HOME #: ( ) NA |
|---|---|---|---|
| HOME ADDRESS: Cook county Jail P.O. Box 089002 Chicago IL | CITY: Chicago | | WORK/OTHER #: NA |
| STATE: IL | ZIP CODE: 60608 | STATE I.D./D.L. #: 20180215126 | STATE OF ISSUANCE: IL Cook county Jail |

**I HAVE BEEN NOTIFIED THAT, PURSUANT TO 50 ILCS 725/3.8(b), ANYONE FILING A COMPLAINT AGAINST A SWORN PEACE OFFICER MUST HAVE THE COMPLAINT SUPPORTED BY A SWORN AFFIDAVIT.**

**Complainant Information**

DATE OF INCIDENT: 12/13/18 TIME OF INCIDENT: 11AM

LOCATION OF INCIDENT: Divison 9.2A

PROVIDE NAMES, BADGE NUMBERS, SQUAD NUMBER or LICENSE PLATE, and/or PHYSICAL DESCRIPTION OF THE OFFICER AGAINST WHOM YOU WISH TO FILE A COMPLAINT:

Cook county Sheriff officer Carnas
Dark skin 6 feet tall light facial hair

**Witnesses**

ARE THERE ANY WITNESSES YOU WISH TO BE CONTACTED DURING THE INVESTIGATION? ☐ YES ☒ NO
IF YES, PROVIDE CONTACT INFORMATION.

| NAME | ADDRESS/CITY/STATE/ZIP | HOME PHONE # |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**Narrative**

PROVIDE A FULL DETAILED ACCOUNT OF YOUR COMPLAINT AND THE NATURE OF THE INCIDENT.

officer carnes Deliberatly reckless ~~and~~ failed to protect me and allowed an inmate to Attack me. I alerted officer carnes that I had a enemy By the name of ricky windfield and I Brought to his attention that he needed to lock that inmate up Because that inmate was housed on the Bottom deck and it wasn't his Day room time I told officer carnes I feared for my safty however after officer carnes gained knowledge of this event he still left inmate Rick windfield in the dayroom unsercured and left his ☒ CONTINUED ON REVERSE

FOR OFFICE USE ONLY
DATE COMPLAINT RECEIVED: ______________ RECEIVED BY: ______________

IAD/IG #: ______________

**Complaint Narrative (Continued)**

Sercurity Post leaving me to Be attacked in the rest room fearing for my life officer carnes was well aware of an possible assault not only did officer carnes leave the inmate out unauthorized in the day room he went as far as disregaurding my sercurity and safty By abandoing his tier with no officer on post to provide safty from any forms of danger officer carnes was aware that my safety was at risk But By us previously having a disagreement he intentaily allowed this attack to take place I would like to press charges to the fullist extent in result of this officers actions I ended up getting my jaw Broken which caused me extreme amounts of pain and stress I also had to have surgery

**PLEASE BE AWARE THAT IF YOU ALLEGE INJURIES AS A RESULT OF THIS INCIDENT, DUE TO FEDERAL PRIVACY LAWS ON THE RELEASE OF MEDICAL RECORDS, YOU MUST PROVIDE COPIES OF YOUR RELEVANT MEDICAL RECORDS REGARDING ANY EXAMINATION OR TREATMENT TO THE SHERIFF'S OFFICE INVESTIGATING UNIT TO BE MADE PART OF THE INVESTIGATION.**

**I have read this statement that I have voluntarily made, consisting of** 2 **pages, and I solemnly swear that the facts and allegations contained within are true and correct to the best of my knowledge.** Nathan Matthews
**(Print Name)**

**Complainant's Signature:** [signature] **Date:** 1/18/19

**State of Illinois )**
**County of Cook )**

**Signed and sworn to before me on** Jan. 18, 2019 **by** Nathan Matthews
**(date)** **(name of person making statement)**

OFFICIAL SEAL
K SAINKEN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/02/20
**(notary seal)**

[signature]
**(signature of notary public)**

**A person commits PERJURY when, under oath or affirmation, in a proceeding or in any matter where by law such oath or affirmation is required, he makes a false statement, material to the issue or point in question, which he does not believe to be true. <u>PERJURY IS A CLASS 3 FELONY.</u>**

Please mail your completed, **signed and notarized**, complaint form to:

**Cook County Sheriff's Office of Professional Review**
3026 S. California
Chicago, IL. 60608



Nathan Matthews
#20180215126
P.O. Box 089002
Chicago, IL 60608

05/03/2019-32

1:19-cv-03010
Judge Manish S. Shah
Magistrate Judge Sunil R. Harjani
PC4

Office of
Clerk of the U.S District court
united State courthouse
219 South DearBorn street
20th floor
chicago, Illinois 60604

2019 MAY -3 AM 8: 36